Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **RICHARD N. W.,** | Civil No. 6:21-cv-00969-JR |
| Plaintiff, | |
| vs. | **ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)** |
| Commissioner of Social Security Administration, | |
| Defendant. | |

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $32,132.25 in attorney fees, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by counsel in the amount of $19,670.00, for a net award herein of $12,462.25 pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld by the Defendant in anticipation of an

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -                1

order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401, consistent with this order.

IT IS SO ORDERED this 26th day of September, 2022

/s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

PRESENTED BY:

By: /s/ SHERWOOD J. REESE
Sherwood J. Reese, OSB #144130
Of Attorneys for Plaintiff